UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                                                   CHAPTER 7

NELMS, KORY LYNN                          CASE NO. 18-02151-5-DMW

**DEBTOR.**

## RESPONSE TO STAY MOTION

Gregory B. Crampton, Chapter 7 Trustee in the above-referenced case, responds as follows to the Motion for Relief from the Automatic Stay ("Motion") filed on behalf of Huyndai Lease Titling Trust ("Movant") regarding certain personal property known as a leased 2016 Hyundai Elantra, VIN #KMHDH4AE1GU619281 ("Vehicle"):

1. Gregory B. Crampton is the duly appointed Trustee in the above-referenced case.

2. There does not appear to be any realizable value in the subject Vehicle for the Chapter 7 bankruptcy estate.

3. The Trustee does not oppose the relief requested in the Motion.

4. Trustee does <u>not</u> request a hearing on the Motion or this Response thereto.

This the 23rd day of May, 2018.

                                                               /s/ Gregory B. Crampton
                                                               Gregory B. Crampton, Ch. 7 Trustee
                                                               State Bar No. 991
                                                               Chapter 7 Trustee
                                                               Nicholls & Crampton, P.A.
                                                               P. O. Box 18237
                                                               Raleigh, NC  27619
                                                               Telephone: (919) 781-1311

CERTIFICATE OF SERVICE

  It is hereby certified that the foregoing RESPONSE TO STAY MOTION was served this day by placing a copy thereof in a depository under the exclusive care and custody of the United States Postal Service in a postage prepaid envelope and properly addressed to as follows:

| | |
|---|---|
| Kory Lynn Nelms<br>2570 Brandymill Drive<br>Rocky Mount, NC 27804-8930 | VIA CM/ECF E-MAIL SERVICE ONLY<br>Joshua Hillin<br>Attorney for Debtor |

VIA CM/ECF E-MAIL SERVICE ONLY
Gregory P. Chocklett
Attorney for Movant

VIA EMAIL ONLY:
Karen_Cook@nceba.uscourts.gov
Lesley_Cavenaugh@nceba.uscourts.gov
Mrs. Marjorie K. Lynch
Bankruptcy Administrator
434 Fayetteville Street, Suite 640
Raleigh, NC 27601

  This the 23rd day of May, 2018.

            /s/ Phyllis Hill
            Phyllis Hill
            Paralegal